B7 (Official Form 7) (4/10)

# UNITED STATES BANKRUPTCY COURT
## Northern District of Texas
## Fort Worth Division

In re: Village at Camp Bowie I, L.P.,
Debtor

Case No. **10-45097-dml-11**
(If known)

# STATEMENT OF FINANCIAL AFFAIRS

### 1. Income from employment or operation of business

None ☐ State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE | FISCAL YEAR PERIOD |
|---|---|---|
| 4,077,319.94 | Operation of business | 2008 |
| 4,010,439.32 | Operation of business | 2009 |
| 2,489,888.88 | Operation of business (YTD Gross Income as of 08/02/10) | 2010 |

### 2. Income other than from employment or operation of business

None ☑ State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE | FISCAL YEAR PERIOD |
|---|---|---|

### 3. Payments to creditors

*Complete a. or b., as appropriate, and c.*

None ☑ a. *Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None ☐ b. *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| See Exhibit 3 Payment to Creditors During the 90 Days | | | |

*Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

None ☐ c. *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| See Exhibit 4 Payment to Insider Creditors During the Last Year | | | |

### 4. Suits and administrative proceedings, executions, garnishments and attachments

None ☐ a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Village at Camp Bowie I, LP vs. Nicholas Felix and Jeanne Rose 141-220675-06 | Complaint | Tarrant County District Court Fort Worth, TX | Pltf Final Judgment 08/26/09 |
| The Village at Camp Bowie I, LP vs. DeeKay Fashions, Inc., d/b/a Burgundies Boutique and Deloris Yates 48-233848-08 | Complaint | Tarrant County District Court Fort Worth, TX | Agreed Judgment 04/15/10 |
| Village at Camp Bowie I, LP vs. Joseph Fritz and Cheryl Frtiz and J&C Music Resource Group d/b/a Ridglea Music 153-237752-09 | Complaint | Tarrant County District Court Fort Worth, TX | Pltf Summary Judgment 01/06/10 |

None ☑ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 5. Repossessions, foreclosures and returns

None ☑ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 6. Assignments and receiverships

None ☑ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ☑ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND ADDRESS OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

### 7. Gifts

None ☑ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

## 8. Losses

None ☑ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

## 9. Payments related to debt counseling or bankruptcy

None ☐ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Village at Camp Bowie I, LP**<br>**c/o Venture Commercial Mgt., LLC**<br>**8235 Douglas Avenue, Suite 720**<br>**Dallas, TX 75225** | 03/24/10 ($60,000);<br>07/30/10 ($10,265). | $60,000 retainer;<br>$10,265 retainer replenished; including $1039 filing fee. |

## 10. Other transfers

None ☑ a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None ☑ b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR' INTEREST IN PROPERTY |
|---|---|---|

## 11. Closed financial accounts

None ☑ List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

### 12. Safe deposit boxes

None ☑ List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

### 13. Setoffs

None ☑ List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

### 14. Property held for another person

None ☑ List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

### 15. Prior address of debtor

None ☐ If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| 8350 North Central Expressway<br>15th Floor<br>Dallas, TX 75206 | Village at Camp Bowie I, LP | |

### 16. Spouses and Former Spouses

None ☑ If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

## 17. Environmental Information.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None ☑ a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ☐ b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|
| **Frost Building** **6115 Camp Bowie** **Ft. Worth, TX** | **Texas Department of State Health Services P. O. Box 149347 Austin, TX 78714-9347 1-888-963-7111** | | **Voluntary Cleanup Program** |

None ☑ c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

## 18. Nature, location and name of business

None ☐ a. *If the debtor is an individual,* list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within the **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership,* list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation,* list the names, addresses, taxpayer identification numbers, nature of the business, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| Village at Camp Bowie II, LP | | 5950 Sherry Lane #440 Dallas, TX 75225 | Real Property | 01/01/2004 |

None ☑ b.   Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME_____  ADDRESS_____

## 19. Books, records and financial statements

None ☐ a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| Brenda Blake<br>B & J Financial Services<br>8409 Pickwick Lane, Ste 314<br>Dallas, TX 75225 | 2008 to present |
| Houseman Seelingson LLP<br>8350 N. Central Expy<br>Suite 206<br>Dallas, TX 75206 | 2004 to present |
| Nextcorp Capital Management<br>Bedford Burgher<br>6115 Camp Bowie Blvd., Ste 240<br>Fort Worth, TX 76116 | 2007 to present |
| Venture Commercial Management, LLC<br>6115 Camp Bowie Blvd., Ste 290<br>Fort Worth, TX 76116 | 2006 to present |

None ☐    b. List all firms or individuals who within **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|
| Brenda Blake<br>B & J Financial Services<br>8409 Pickwick Lane, Ste 314<br>Dallas, TX 75225 | | |
| Houseman Seelingson LLP<br>8350 N. Central Expy<br>Suite 206<br>Dallas, TX 75206 | | |
| Roanoke Ranch & Investments, LP<br>c/o Cliff T. Milford, CFO<br>325 N. St. Paul, Suite 4300<br>Dallas, TX 75201 | | |

None ☐    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| Brenda Blake | B & J Financial Services<br>8409 Pickwick Lane, Suite 314<br>Dallas, TX 75225 |
| Valquest Camp Bowie, LP | c/o Mr. Stephen e. Woods<br>8750 N. Central Expy, #510<br>Dallas, TX 75231 |
| Venture Commercial | Management, LLC<br>6115 Camp Bowie Blvd.,<br>Suite 290<br>Fort Worth, TX 76116 |

None  d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a
☐    financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS                                           DATE ISSUED

BLRS Investments, L.P.
c/o Julie Lennon
3710 Rawlins St., Suite 1000
Dallas, TX 75219

CST Investments, LP
c/o Cullum Thompson, Jr.
3541 Rankin
Dallas, TX 75205

David W. Burgher, Jr.
5950 Sherry Lane, #440
Dallas, TX 75225

Diane Butler
8300 Douglas Ave., Ste 701
Dallas, TX 75225

Linda Perry Cooper
3545 Milton Avenue
Dallas, TX 75205

Matt Herring
4104 Clayton
Fort Worth, Tx 76116

MCS Retail Invest I, Ltd.
c/o Clay Smith
5950 Berkshire Lane, Suite 270
Dallas, TX 75225

Patrick O'Brien
1901 Regal Row
Dallas, TX 75235

Roanoke Ranch & Investment LP
c/o Cliff T. Milford, CFO
325 N. St. Paul, Suite 4300
Dallas, TX 75201

Valquest Camp Bowie, LP
c/o Stephen E. Woods
8750 N. Central Expwy., #510
Dallas, TX 75231

Wells Fargo Bank
(formerly Wachovia Bank)
Richard Gross
5080 Spectrum Dr., Ste 400E
Addison, TX 75001

Woodrow R. Brownlee
5950 Sherry Lane, Suite 440
Dallas, TX 75225

## 20. Inventories

None ☑ a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|

None ☑ b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

## 21. Current Partners, Officers, Directors and Shareholders

None ☐ a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|
| B. Diane Butler<br>5950 Sherry Lane #440<br>Dallas, TX 75225 | Limited Partner | 0.0024% |
| BLRS Camp Bowie Investments, LP<br>5950 Sherry Lane, #440<br>Dallas, TX 75225 | Limited Partner | 7.4760% |
| CST Investments LP | Limited Partner | 3.7940% |
| David W. Burgher, Jr.<br>5950 Sherry Lane, #440<br>Dallas, TX 7525 | Limited Partner | 0.0049% |
| Linda Perry Cooper | Limited Partner | 3.4897% |
| Matthew M. Herring<br>4104 Claytom<br>Ft. Worth, TX 76116 | Limited Partner | 0.0006% |
| MCS Retail Invest I, Ltd.<br>5980 Berkshire Lane<br>Dallas, TX 75225 | Limited Partner | 33.9289% |
| Pat O'Brien<br>1901 Regal Row<br>Dallas, TX 75235 | Limited Partner | 9.1757% |
| Roanoke Ranch & Investment, LP<br>325 N. St. Paul, Suite 4300<br>Dallas, TX 75201 | Limited Partner | 5.5206% |
| Valquest Camp Bowie, L.P.<br>4600 Greenville Ave., Suite 194<br>Dallas, TX 75206 | Limited Partner | 36.3255% |
| VCBGP I, LLC<br>5950 Sherry Lane, #440<br>Dallas, TX 75225 | General Partner | 0.2768% |
| Woodrow R. Brownlee<br>5950 Sherry Lane, #440<br>Dallas, TX 75225 | Limited Partner | 0.0049% |

None ☑ b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| | | |

## 22. Former partners, officers, directors and shareholders

None ☑ a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|
| | | |

None ☑ b. If the debtor is a corporation, list all officers or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

## 23. Withdrawals from a partnership or distributions by a corporation

None ☑ If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| | | |

## 24. Tax Consolidation Group.

None ☑ If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

## 25. Pension Funds.

None ☑ If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

\* \* \* \* \* \*

*[If completed on behalf of a partnership or corporation]*

I, declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date _____     Signature _____

                                         **, (see attached signature page)**
                                         Print Name and Title

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

        _____ continuation sheets attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. § 152 and 3571.*

## Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition, summary and schedules, or statement of financial affairs on behalf of the debtor.

The debtor request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

                            **VILLAGE AT CAMP BOWIE I, LP,**
                            a Texas limited partnership

                          By:    **VCBGP I, LLC,**
                                  a Texas limited liability company,
                                  its General Partner

                                  By: /s/Woodrow R. Brownlee (08/27/10)
                                       Woodrow R. Brownlee
                                Its:    Manager

@PFDesktop\::ODMA/MHODMA/SQLSERVER;DMS;662290;1

# EXHIBIT 3

# Statement of Financial Affairs

# No. 3b - Payments to Creditors During the Last 90 Days

Check Register
Village at Camp Bowie I LP
May, 2010

| Check Num | Chk Date | Payee Name | Amount |
|---|---|---|---|
| 506 | 5/18/2010 | Frost National Bank | 80.33 |
| 507 | 5/27/2010 | Frost National Bank | 30.00 |
| 2546 | 5/4/2010 | B & J Financial Services | 750.00 |
| 2547 | 5/4/2010 | First Choice Power | 13,451.62 |
| 2548 | 5/4/2010 | Reliant Energy | 1,712.95 |
| 2549 | 5/4/2010 | Emergency Plumbing | 388.80 |
| 2550 | 5/4/2010 | Sunbelt Rentals | 380.50 |
| 2551 | 5/4/2010 | Absolute Security Services, Inc. | 5,506.16 |
| 2552 | 5/4/2010 | Access Power | 1,685.00 |
| 2553 | 5/4/2010 | Action Services | 842.40 |
| 2554 | 5/4/2010 | Duncan Disposal #794 | 4,095.18 |
| 2555 | 5/4/2010 | Chief Pest Control, Inc. | 86.40 |
| 2556 | 5/4/2010 | Double Eagle | 132.43 |
| 2557 | 5/4/2010 | DBox, Inc. | 170.05 |
| 2558 | 5/4/2010 | Fran McCarthy | 2,500.00 |
| 2559 | 5/4/2010 | Hocutt, Inc. | 73.61 |
| 2560 | 5/4/2010 | Jose De Jesus Solis | 826.37 |
| 2561 | 5/4/2010 | Lites Out, LLC | 5,844.37 |
| 2562 | 5/4/2010 | MBL Marketing Solutions | 3,916.69 |
| 2563 | 5/4/2010 | Metroplex Porter Service | 3,993.34 |
| 2564 | 5/4/2010 | Reynolds Indoor, Inc. | 421.09 |
| 2565 | 5/4/2010 | SAS Security Alarm Service Co. | 875.87 |
| 2566 | 5/4/2010 | Superior Groundskeepers | 6,312.29 |
| 2567 | 5/4/2010 | Trophy Investments Realty, LLC | 6,000.00 |
| 2568 | 5/4/2010 | Travelers | 6,003.19 |
| 2571 | 5/4/2010 | Westland Pest Control | 270.62 |
| 2572 | 5/4/2010 | Venture Commercial Management, LLC | 13,999.86 |
| 145 | 5/14/2010 | Wachovia Bank, N.A. | 15.04 |
| 4712 | 5/11/2010 | Best Facility Services | 3,499.94 |
| 4713 | 5/11/2010 | Maureen Conner | 38 |
| 4714 | 5/11/2010 | Reliant Energy | 271.71 |
| 4715 | 5/11/2010 | Thompson & Knight LLP | 8,000.00 |
| 4716 | 5/11/2010 | 5th Avenue Greenhouses | 234.11 |
| 4717 | 5/11/2010 | Bob's Lock & Safe | 124.48 |
| 4718 | 5/11/2010 | Fikes Service, Inc. | 175.38 |
| 4719 | 5/11/2010 | Jose De Jesus Solis | 300 |
| 4720 | 5/11/2010 | MBL Marketing Solutions | 66.5 |
| 4721 | 5/13/2010 | Bo Brownlee | 317.97 |
| 4722 | 5/13/2010 | Fran McCarthy | 2,500.00 |
| 4723 | 5/13/2010 | Trophy Investments Realty, LLC | 6,000.00 |
| 4724 | 5/17/2010 | American Messaging | 32.25 |
| 4725 | 5/17/2010 | Atmos Energy | 23.09 |
| 4726 | 5/17/2010 | City of Fort Worth | 1,596.00 |
| 4727 | 5/17/2010 | DBox, Inc. | 126.92 |
| 4728 | 5/17/2010 | Fast Signs | 241.4 |
| 4729 | 5/17/2010 | Lone Star Fire Sprinkler, Inc. | 762.08 |
| 4730 | 5/17/2010 | Reliable Paving, Inc. | 12,100.00 |
| 4731 | 5/17/2010 | SAS Security Alarm Service Co. | 348.57 |
| 4732 | 5/17/2010 | Venture Commercial Management, LLC | 238.22 |
| 4733 | 5/26/2010 | Pavlik and Assoicates | 950 |
| 4734 | 5/26/2010 | Phoenix Funding Group, LLC | 389.2 |
| 4735 | 5/26/2010 | Reliant Energy | 533.37 |
| 4736 | 5/26/2010 | Access Power | 550 |
| 4737 | 5/26/2010 | All Hours Locksmith | 124.49 |
| 4738 | 5/26/2010 | AT&T | 972.73 |
| 4739 | 5/26/2010 | Atmos Energy | 15.86 |
| 4740 | 5/26/2010 | Bob's Lock & Safe | 159.13 |
| 4741 | 5/26/2010 | Bo Brownlee | 137.87 |
| 4742 | 5/26/2010 | City of Fort Worth | 6,896.15 |
| 4743 | 5/26/2010 | Double Eagle | 76.32 |
| 4744 | 5/26/2010 | Fran McCarthy | 2,500.00 |
| 4745 | 5/26/2010 | Godwin Ronquillo PC | 3,330.39 |
| 4746 | 5/26/2010 | Houseman Seeligson LLP | 6,055.00 |
| | | Total Checks | 140,051.29 |

Check Register
Village at Camp Bowie I LP
June, 2010

| Check Num | Chk Date | Payee Name | Amount |
|---|---|---|---:|
| 155 | 6/9/2010 | Wachovia Bank, N.A. | 38.25 |
| 156 | 6/15/2010 | Wachovia Bank, N.A. | 13.00 |
| 4748 | 6/1/2010 | Trophy Investments Realty, LLC | 6,000.00 |
| 4749 | 6/2/2010 | B & J Financial Services | 3,639.37 |
| 4750 | 6/2/2010 | Best Facility Services | 54.13 |
| 4751 | 6/2/2010 | Reliant Energy | 295.58 |
| 4752 | 6/2/2010 | Sprint Spectrum L.P. #0391 | 1,463.97 |
| 4753 | 6/2/2010 | Absolute Security Services, Inc. | 5,410.58 |
| 4754 | 6/2/2010 | Access Power | 3,015.00 |
| 4755 | 6/2/2010 | Action Services | 842.40 |
| 4756 | 6/2/2010 | Duncan Disposal #794 | 4,159.21 |
| 4757 | 6/2/2010 | Bob's Lock & Safe | 116.37 |
| 4758 | 6/2/2010 | Chief Pest Control, Inc. | 86.40 |
| 4760 | 6/2/2010 | DBox, Inc. | 215.63 |
| 4761 | 6/2/2010 | Jose De Jesus Solis | 1,707.93 |
| 4762 | 6/2/2010 | MBL Marketing Solutions | 6,049.00 |
| 4763 | 6/2/2010 | Metroplex Porter Service | 3,993.34 |
| 4764 | 6/2/2010 | SAS Security Alarm Service Co. | 200.31 |
| 4765 | 6/2/2010 | Smith, Stern, Friedman & Nelms, P.C. | 1,442.15 |
| 4766 | 6/2/2010 | Terminix Processing Center | 1,044.61 |
| 4768 | 6/2/2010 | Venture Commercial Management, LLC | 13,110.50 |
| 4769 | 6/2/2010 | Double Eagle | 320.00 |
| 4770 | 6/8/2010 | Best Facility Services | 3,499.94 |
| 4771 | 6/8/2010 | First Choice Power | 13,508.43 |
| 4772 | 6/8/2010 | 5th Avenue Greenhouses | 234.11 |
| 4773 | 6/8/2010 | Access Power | 275.00 |
| 4774 | 6/8/2010 | Double Eagle | 56.83 |
| 4775 | 6/8/2010 | DBox, Inc. | 209.59 |
| 4776 | 6/8/2010 | Fikes Service, Inc. | 175.38 |
| 4777 | 6/8/2010 | Fast Signs | 184.03 |
| 4778 | 6/8/2010 | Hocutt, Inc. | 73.61 |
| 4779 | 6/8/2010 | Jose De Jesus Solis | 775.00 |
| 4780 | 6/8/2010 | Lites Out, LLC | 9,159.13 |
| 4781 | 6/8/2010 | Metroplex Porter Service | 606.20 |
| 4782 | 6/8/2010 | Postmaster | 88.00 |
| 4783 | 6/8/2010 | Superior Groundskeepers | 4,619.89 |
| 4784 | 6/8/2010 | Travelers | 6,003.19 |
| 4786 | 6/9/2010 | Fast-Trak Construction, L.P. | 968.85 |
| 4787 | 6/9/2010 | Fran McCarthy | 2,500.00 |
| 4788 | 6/15/2010 | 5th Avenue Greenhouses | 18.32 |
| 4789 | 6/15/2010 | American Messaging | 30.69 |
| 4790 | 6/15/2010 | Atmos Energy | 32.98 |
| 4791 | 6/15/2010 | City of Fort Worth | 1,596.00 |
| 4792 | 6/15/2010 | Double Eagle | 2,593.13 |
| 4793 | 6/15/2010 | DBox, Inc. | 676.56 |
| 4794 | 6/15/2010 | Trophy Investments Realty, LLC | 6,000.00 |
| 4796 | 6/23/2010 | Phoenix Funding Group, LLC | 389.20 |
| 4798 | 6/23/2010 | AT&T | 972.73 |
| 4799 | 6/23/2010 | Bob's Lock & Safe | 90.93 |
| 4800 | 6/23/2010 | City of Fort Worth | 7,333.66 |
| 4801 | 6/23/2010 | DBox, Inc. | 126.92 |
| 4802 | 6/23/2010 | Fast Signs | 184.03 |
| 4803 | 6/23/2010 | Godwin Ronquillo PC | 283.84 |
| 4804 | 6/23/2010 | Home Depot Credit Services | 125.00 |
| 4805 | 6/23/2010 | Jeff Eubank Roofing Co., Inc. | 1,775.32 |
| 4806 | 6/23/2010 | MBL Marketing Solutions | 2,260.00 |
| 4807 | 6/23/2010 | Westland Pest Control | 64.95 |
| 4808 | 6/23/2010 | Jose De Jesus Solis | 185.00 |
| 4809 | 6/23/2010 | Moving Services Co. | 500.00 |
| 4810 | 6/28/2010 | Maureen Conner | 825.00 |
| 4811 | 6/30/2010 | Best Facility Services | 405.94 |
| 4812 | 6/30/2010 | Bob's Lock & Safe | 69.28 |
| 4813 | 6/30/2010 | Bo Brownlee | 120.51 |
| 4814 | 6/30/2010 | David W. Burgher Jr. | 993.66 |
| 4815 | 6/30/2010 | Fran McCarthy | 2,500.00 |
| 4816 | 6/30/2010 | Smith, Stern, Friedman & Nelms, P.C. | 720.56 |
| 4817 | 6/30/2010 | Westland Pest Control | 346.40 |
| | | Total Checks | 127,375.52 |

Check Register
Village at Camp Bowie I LP
July, 2010

| Check Num | Chk Date | Payee Name | Amount |
|---|---|---|---|
| 157 | 7/12/2010 | Wachovia Bank, N.A. | 45.69 |
| 4818 | 7/1/2010 | Reliant Energy | 484.75 |
| 4819 | 7/1/2010 | Access Power | 1,785.00 |
| 4820 | 7/1/2010 | Action Services | 842.40 |
| 4821 | 7/1/2010 | Chief Pest Control, Inc. | 86.40 |
| 4822 | 7/1/2010 | MBL Marketing Solutions | 2,000.00 |
| 4823 | 7/1/2010 | Metroplex Porter Service | 3,993.34 |
| 4824 | 7/1/2010 | SAS Security Alarm Service Co. | 200.31 |
| 4825 | 7/1/2010 | Thyssenkrupp Elevator Corp. | 818.50 |
| 4826 | 7/1/2010 | Trophy Investments Realty, LLC | 6,000.00 |
| 4827 | 7/1/2010 | Venture Commercial Management, LLC | 12,333.53 |
| 4828 | 7/1/2010 | DBox, Inc. | 118.26 |
| 509 | 7/19/2010 | Frost National Bank | 36.88 |
| 2576 | 7/14/2010 | B & J Financial Services | 750.00 |
| 2577 | 7/14/2010 | Best Facility Services | 3,985.33 |
| 2579 | 7/14/2010 | First Choice Power | 17,241.15 |
| 2580 | 7/14/2010 | Lone Star Overnight | 40.33 |
| 2581 | 7/14/2010 | Reliant Energy | 545.07 |
| 2582 | 7/14/2010 | Emergency Plumbing | 680.40 |
| 2583 | 7/14/2010 | 5th Avenue Greenhouses | 234.11 |
| 2584 | 7/14/2010 | Absolute Security Services, Inc. | 5,623.60 |
| 2585 | 7/14/2010 | Duncan Disposal #794 | 4,205.74 |
| 2586 | 7/14/2010 | David W. Burgher Jr. | 601.99 |
| 2587 | 7/14/2010 | Double Eagle | 965.50 |
| 2588 | 7/14/2010 | DBox, Inc. | 470.15 |
| 2589 | 7/14/2010 | Expert Windows | 1,123.64 |
| 2590 | 7/14/2010 | Fikes Service, Inc. | 217.60 |
| 2591 | 7/14/2010 | Fran McCarthy | 2,500.00 |
| 2592 | 7/14/2010 | Fast Signs | 241.40 |
| 2593 | 7/14/2010 | Garnite Roofing Corp. | 811.88 |
| 2594 | 7/14/2010 | Hocutt, Inc. | 54.13 |
| 2595 | 7/14/2010 | Lites Out, LLC | 1,357.18 |
| 2596 | 7/14/2010 | Reynolds Indoor, Inc. | 487.13 |
| 2597 | 7/14/2010 | Superior Groundskeepers | 5,834.08 |
| 2598 | 7/14/2010 | Trophy Investments Realty, LLC | 6,000.00 |
| 2599 | 7/14/2010 | Travelers | 6,003.19 |
| 2600 | 7/14/2010 | Texas Dept of Licensing and Regulation | 20.00 |
| 2601 | 7/20/2010 | Emergency Plumbing | 388.80 |
| 2602 | 7/20/2010 | 5th Avenue Greenhouses | 39.53 |
| 2603 | 7/20/2010 | American Messaging | 30.64 |
| 2604 | 7/20/2010 | Atmos Energy | 31.72 |
| 2605 | 7/20/2010 | City of Fort Worth | 1,596.00 |
| 2606 | 7/20/2010 | Home Depot Credit Services | 125.00 |
| 2607 | 7/20/2010 | MBL Marketing Solutions | 2,519.22 |
| 2608 | 7/21/2010 | McGuire, Craddock & Strother, P.C. | 10,265.00 |
| 2609 | 7/28/2010 | Phoenix Funding Group, LLC | 389.20 |
| 2610 | 7/28/2010 | Access Power | 525.00 |
| 2613 | 7/28/2010 | DBox, Inc. | 201.07 |
| 2615 | 7/28/2010 | Jose De Jesus Solis | 135.00 |
| 2616 | 7/28/2010 | SAS Security Alarm Service Co. | 286.33 |
| 2619 | 7/28/2010 | City of Fort Worth Fire Dept Revenue Grp | 35.00 |
| 2620 | 7/28/2010 | Fast-Trak Construction, L.P. | 433.00 |
| 2621 | 7/28/2010 | Fran McCarthy | 2,500.00 |
| 2622 | 7/29/2010 | The Newberry Company Inc. | 5,380.42 |
| 2623 | 7/29/2010 | Venture Commerical Real Estate, LLC | 9,690.00 |
| 2624 | 7/29/2010 | Venture Commerical Real Estate, LLC | 495.00 |
| 2625 | 7/29/2010 | Venture Commerical Real Estate, LLC | 9,765.00 |
| 2626 | 7/29/2010 | Venture Commerical Real Estate, LLC | 4,257.00 |
| | | Total Checks | 137,826.59 |

# EXHIBIT 4

## Statement of Financial Affairs

## No. 3c - Payments to Insider Creditors During the Last Year

**Village at Camp Bowie I, LP**
**Insider Creditor**

| Description | Invoice Number | Amount | Check# | Check Date |
|---|---|---:|---:|---|
| Trophy Investment Realty | | | | |
| August 01, 2009 Lease/Asset Mgmnt Fee | TIR-VCB-010 | 6,000.00 | 4268 | 8/1/2009 |
| August 15, 2009 Lease/Asset Mgmnt Fee | TIR-VCB-011 | 6,000.00 | 4308 | 8/15/2009 |
| September 01, 2009 Lease/Asset Mgmnt Fee | TIR-VCB-013 | 6,000.00 | 4338 | 8/31/2009 |
| September 15, 2009 Lease/Asset Mgmnt Fee | TIR-VCB-014 | 6,000.00 | 4362 | 9/9/2009 |
| October 01, 2009 Lease/Asset Mgmnt Fee | TIR-VCB-017 | 6,000.00 | 4405 | 10/1/2009 |
| October 15, 2009 Lease/Asset Mgmnt Fee | TIR-VCB-018 | 6,000.00 | 4427 | 10/14/2009 |
| November 01, 2009 Lease/Asset Mgmnt Fee | TIR-VCB-019 | 6,000.00 | 4461 | 11/1/2009 |
| November 15, 2009 Lease/Asset Mgmnt Fee | TIR-VCB-020 | 6,000.00 | 4483 | 11/10/2009 |
| December 01, 2009 Lease/Asset Mgmnt Fee | TIR-VCB-021 | 6,000.00 | 4510 | 12/1/2009 |
| December 15, 2009 Lease/Asset Mgmnt Fee | TIR-VCB-022 | 6,000.00 | 4540 | 12/7/2009 |
| January 01, 2010 Lease/Asset Mgmnt Fee | TIR-VCB-023 | 6,000.00 | 4589 | 1/1/2010 |
| January 15, 2010 Lease/Asset Mgmnt Fee | TIR-VCB-024 | 6,000.00 | 4624 | 1/14/2010 |
| February 01, 2010 Lease/Asset Mgmnt Fee | TIR-VCB-025 | 6,000.00 | 4653 | 2/1/2010 |
| February 01, 2010 Lease/Asset Mgmnt Fee | TIR-VCB-025 | -6,000.00 | 4653 | 2/1/2010 |
| February 01, 2010 Lease/Asset Mgmnt Fee | TIR-VCB-025 | 6,000.00 | 4654 | 2/1/2010 |
| February 15, 2010 Lease/Asset Mgmnt Fee | TIR-VCB-026 | 6,000.00 | 4688 | 2/10/2010 |
| March 01, 2010 Lease/Asset Mgmnt Fee | TIR-VCB-027 | 6,000.00 | 2404 | 3/1/2010 |
| March 15, 2010 Lease/Asset Mgmnt Fee | TIR-VCB-028 | 6,000.00 | 2414 | 3/8/2010 |
| April 01, 2010 Lease/Asset Mgmnt Fee | TIR-VCB-030 | 6,000.00 | 2487 | 4/1/2010 |
| April 15, 2010 Lease/Asset Mgmnt Fee | TIR-VCB-031 | 6,000.00 | 2519 | 4/14/2010 |
| May 01, 2010 Lease/Asset Mgmnt Fee | TIR-VCB-032 | 6,000.00 | 2567 | 5/4/2010 |
| May 15, 2010 Lease/Asset Mgmnt Fee | TIR-VCB-033 | 6,000.00 | 4723 | 5/13/2010 |
| June 01, 2010 Lease/Asset Mgmnt Fee | TIR-VCB-034 | 6,000.00 | 4748 | 6/1/2010 |
| June 15, 2010 Lease/Asset Mgmnt Fee | TIR-VCB-035 | 6,000.00 | 4794 | 6/15/2010 |
| July 01, 2010 Lease/Asseet Mgmnt Fee | TIR-VCB-036 | 6,000.00 | 4826 | 7/1/2010 |
| July 15, 2010 Lease/Asset Mgmnt Fee | TIR-VCB-037 | 6,000.00 | 2598 | 7/14/2010 |
| Total (zztphyiv) - Trophy Investments Realty, LLC | | 144,000.00 | | |