B6F (Official Form 6F) (12/07)

In re  Village at Camp Bowie I, L.P.  
                     Debtor

Case No. 10-45097-dml-11  
               (If known)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>5th Avenue Greenhouses, Inc.<br>1615 5th Avenue<br>Ft. Worth, TX 76104 | | | Plant Maintenance | | | | 15.10 |
| ACCOUNT NO.<br>Absolute Security Services, Inc.<br>5424 Rufe Snow Dr., Suite 327<br>North Richland, TX 76180 | | | Property Security | | | | 349.08 |
| ACCOUNT NO<br>Access Power<br>2412 Bluffview Ct.<br>Arlington, TX 76011 | | | Power Wash Service | | | | 2,595.00 |
| ACCOUNT NO.<br>Action Services<br>P. O. Box 850<br>Rockwell, TX 75087-0850 | | | Parking Lot Sweeping | | | | 896.74 |

   7  Continuation sheets attached

Subtotal ➤ $ 3,855.92

Total ➤ $

(Use only on last page of the completed Schedule F.)  
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re    Village at Camp Bowie I, L.P._____,        Case No. 10-45097-dml-11_____
                                  Debtor                                  (If known)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Allied Waste Services #538<br>P. O. Box 78829<br>Phoenix, AZ 85062-8829 | | | Dumpster Service | | | | 269.19 |
| ACCOUNT NO.<br>AT&T<br>P. O. Box 5001<br>Carol Stream, IL 60197 | | | Service [phone lines for fire panels] | | | | 1,008.74 |
| ACCOUNT NO.<br>Atmos Energy<br>P. O. Box 78108<br>Phoenix, AZ 85062-8108 | | | Utility Service | | | | 32.60 |
| ACCOUNT NO.<br>B & J Financial Services<br>8409 Pickwick Lane #314<br>Dallas, TX 75225 | | | Accounting Services | | | | 750.00 |
| ACCOUNT NO<br>Best Facility Services<br>305 N.E. Loop 820, Suite 106<br>Hurst, TX 76053 | | | Janitorial Service | | | | 419.59 |

Sheet no. 1 of 7 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➢ $ 2,480.12

Total ➢ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

In re  Village at Camp Bowie I, L.P.        Case No. 10-45097-dml-11
             Debtor                              (If known)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Big D Creative<br>Big D Hosting<br>4000 Elm St.<br>Dallas, TX 75226 | | | Web Hosting | | | | 89.98 |
| ACCOUNT NO.<br>Bob's Lock & Safe<br>4912 Camp Bowie Blvd.<br>Fort Worth, TX 76107 | | | Locksmith | | | | 66.57 |
| ACCOUNT NO.<br>Chief Pest Control<br>P. O. Box 686<br>Arlington, TX 76004 | | | Pest Control | | | | 86.40 |
| ACCOUNT NO.<br>City of Fort Worth - Water Dept.<br>P. O. Box 870<br>Ft. Worth, 76101 | | | Utility Service: water, sewer, storm drain | | | | 4,877.37 |
| ACCOUNT NO.<br>DBox, Inc.<br>P. O. Box 667<br>Euless, TX 76039 | | | General Maintenance | | | | 842.54 |

Sheet no. 2 of 7 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 5,962.86

Total ➤ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  Village at Camp Bowie I, L.P.  
                Debtor

Case No. 10-45097-dml-11  
           (If known)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Double Eagle<br>825-A Southway Circle<br>Fort Worth, TX 76115 | | | Plumbing & HVAC Repairs | | | | 1,519.66 |
| ACCOUNT NO<br>Fikes Services, Inc.<br>753 Port America Pl.<br>Suite 104<br>Grapevine, TX 76051 | | | Sanitation Services | | | | 175.38 |
| ACCOUNT NO.<br>First Choice Power<br>225 E. John Carpenter Frwy, Suite 1<br>Irving, TX 75062 | | | Utility Service - Electric | | | | 16,171.78 |
| ACCOUNT NO.<br>Fran McCarthy<br>1208 W. Magnolia Ave., Suite 212<br>Fort Worth, TX 76104 | | | Construction Mgmnt | | | | 333.33 |
| ACCOUNT NO.<br>Gernite Roofing Corp.<br>16315 W. FM 455<br>Celina, TX 75009 | | | Roof Repairs | | | | 405.94 |

Sheet no 3 of 7 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal > $ 18,606.09

Total > $  
(Use only on last page of the completed Schedule F.)  
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

In re  Village at Camp Bowie I, L.P.                        Case No. 10-45097-dml-11
                          Debtor                                          (If known)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Godwin Ronquillo<br>1201 Elm Street, Suite 1700<br>Dallas, TX 75270 | | | Legal Service | | | | 1,674.51 |
| ACCOUNT NO<br>Hocutt, Inc.<br>P. O. Box 271029<br>Dallas, TX 75227 | | | Meter Reading | | | | 73.61 |
| ACCOUNT NO.<br>Houseman Seeligson LLP<br>8350 N. Central Expwy, Suite 206<br>Dallas, TX 75206 | | | Tax Filing | | | | 535.00 |
| ACCOUNT NO.<br>Jose De Jesus Solis<br>3801 Ichabod Circle #164<br>Arlington, TX 76013 | | | Painter | | | | 838.33 |
| ACCOUNT NO.<br>Lites Out, LLC<br>P. O. Box 712<br>Grapevine, Tx 76099 | | | Exterior Light Maint. | | | | 6,468.03 |

Sheet no. 4 of 7 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 9,589.48

Total ➤ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  Village at Camp Bowie I, L.P.  
                      Debtor

Case No. 10-45097-dml-11  
           (If known)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>MBL Marketing Solutions<br>8734 Clover Meadow Dr.<br>Dallas, TX 75243 | | | Marketing Fee | | | | 129.04 |
| ACCOUNT NO.<br>Metroplex Porter Service<br>P. O. Box 795541<br>Dallas, TX 75379 | | | Porter Service | | | | 257.64 |
| ACCOUNT NO.<br>Reliant Energy<br>P. O. Box 640475<br>Dallas, TX 75265-0475 | | | Service | | | | 790.77 |
| ACCOUNT NO.<br>SAS Security Alarm Service Co.<br>701 E. Plano Pkwy., Suite 200<br>Plano, TX 75074 | | | Alarm Monitoring | | | | 12.92 |
| ACCOUNT NO.<br>Smith, Stern, Freidman & Nelms<br>6688 North Central Expwy<br>Suite 550, LB 37<br>Dallas, TX 75206 | | | Legal Service | | | | 1,145.01 |

Sheet no. 5 of 7 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 2,335.38

Total ➤ $  
(Use only on last page of the completed Schedule F.)  
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  Village at Camp Bowie I, L.P.  
                           Debtor

Case No. 10-45097-dml-11  
          (If known)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> Staples Credit Plan <br> P. O. Box 653031 <br> Dallas, TX 75265-3031 | | | Credit Plan | | | | 43.29 |
| ACCOUNT NO. <br> Stevens Land Surveying, Inc. <br> P. O. Box 121965 <br> Fort Worth, TX 76121-1965 | | | Surveying | | | | 390.00 |
| ACCOUNT NO. <br> Superior Groundskeepers <br> 1809 E. Terrance Dr. <br> Grand Prairie, TX 75050 | | | Landscape Maintenance | | | | 5,261.11 |
| ACCOUNT NO. <br> Terminix Processing Center <br> P. O. Box 742592 <br> Cincinnati, OH 45274-2592 | | | Pest Control 6333 Bldg. | | | | 1,044.61 |
| ACCOUNT NO. <br> Thomson Reuters <br> c/o Judy Cullers, Director <br> 2395 Midway Road <br> Carrollton, Tx 75006 | | | Property Tax Consultant | | | | 7,500.00 |

Sheet no. 6 of 7 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal  &gt;  $ 14,239.01

Total  &gt;  $  
(Use only on last page of the completed Schedule F.)  
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

In re  Village at Camp Bowie I, L.P.  
Debtor

Case No. 10-45097-dml-11  
(If known)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> Thyssenkrupp Elevator Corp. <br> P. O. Box 933004 <br> Atlanta, GA 31193-3004 | | | Elevator Inspection | | | | 425.00 |
| ACCOUNT NO. <br> Travelers Insurance <br> CL Remittance Center <br> Hartford, CT 45274-2592 | | | Property Insurance | | | | 387.30 |
| ACCOUNT NO. <br> TRC Engineers <br> 21 Griffin Road North <br> Windsor, CT 06095 | | | Security deposit balance | | | | 1,592.07 |
| ACCOUNT NO. <br> Venture Commercial Management LLC <br> 8235 Douglas Ave., Suite 720 <br> Dallas, TX 75225 | | | Property Management | | | | 144.17 |
| ACCOUNT NO. <br> Woodrow Brownlee <br> 8235 Douglas Ave., Suite 423 <br> Dallas, TX 75225 | | | Expense Reimbursment | | | | 315.64 |

Sheet no. 7 of 7 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 2,864.18

Total ➤ $ 59,933.04

(Use only on last page of the completed Schedule F.)  
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re Village at Camp Bowie I, L.P.
         Debtor

Case No. 10-45097-dml-11
         (If known)

# AMENDED - DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

(NOT APPLICABLE)

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **(see attached signature page)** of the **Partnership** named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of **10** sheets *(Total shown on summary page plus 1)*, and that they are true and correct to the best of my knowledge, information, and belief.

Date    12/08/10               Signature: _____
                                          **(see attached signature page)**
                                          [Print or type name of individual signing on behalf of debtor.]

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.*

## Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this Amended Schedule F is true and correct, and that I have been authorized to file this Amended Schedule F, Verification of Mailing List - Additional Entities, and Verification of Mailing List - Deletion of Entities on behalf of the debtor.

The debtor request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**VILLAGE AT CAMP BOWIE I, LP,**
a Texas limited partnership

By: **VCBGP I, LLC,**
a Texas limited liability company,
its General Partner

By: /s/Woodrow R. Brownlee (12/08/10)
Woodrow R. Brownlee
Its: Manager

@PFDesktop\::ODMA/MHODMA/SQLSERVER;DMS;662290;1