

U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

*[signature]*

**United States Bankruptcy Judge**

Signed May 05, 2011

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORTH WORTH DIVISION

| | | |
|---|---|---|
| IN RE | § | |
| | § | CASE NO. 10-45097-dml-11 |
| VILLAGE AT CAMP BOWIE I, L.P., | § | |
| | § | CHAPTER 11 |
| | § | |
| DEBTOR. | § | |

**ORDER (i) APPROVING SECOND AMENDED DISCLOSURE STATEMENT WITH RESPECT TO DEBTOR'S SECOND AMENDED PLAN OF REORGANIZATION, AND (ii) SETTING PLAN CONFIRMATION SCHEDULE ON REDUCED NOTICE**

On the 3rd day of May, 2011 (the "Hearing"), this Court conducted a hearing, with proper notice, for the purposes of (i) approving the Second Amended Disclosure Statement (the "Disclosure Statement") for the Second Amended Plan of Reorganization Proposed by Village at Camp Bowie I, L.P., debtor and debtor-in-possession (the "Debtor") and (ii) setting a schedule on reduced notice in which the Debtor may seek confirmation of the Debtor's Second Amended Plan of Reorganization (the "Plan").

After due deliberation and good cause appearing therefor,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:

1. <u>Approval of the Disclosure Statement</u>. Pursuant to Bankruptcy Rule 3017(b), the Disclosure Statement is approved as containing adequate information within the meaning of section 1125 of chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101, *et seq*. (the "Bankruptcy Code"), which includes all required revisions described at the Hearing.

2. <u>Approval of Request to Shorten Time</u>. Pursuant to Fed. R. Bankr. P. 9006(c), the Debtor's oral request to reduce the Fed. R. Bankr. P. 2002(b) 28 day notice period to confirm Second Amended Plan of Reorganization is hereby GRANTED.

3. <u>Voting Deadline</u>. To be counted for accepting or rejecting the Plan, or consenting to the treatment afforded under the Plan, Ballots, as that term is defined in the Plan, must be <u>RECEIVED</u> by 5:00 p.m. (prevailing Central Time) on May 17, 2011 (the "Voting Deadline") by counsel to the Debtor, McGuire, Craddock & Strother, P.C., Attn: Julia Appleton, 2501 N. Harwood, Suite 1800, Dallas, Texas 75201.

4. <u>Confirmation Hearing; Deadline and Procedures for Filing Objections to Confirmation</u>. Pursuant to Bankruptcy Rule 3017(c), the hearing to confirm the Plan will be held on May, 19, 2011 at 9:00 a.m. (prevailing Central Time), before the Honorable Dennis Michael Lynn, United States Bankruptcy Judge for the Northern District of Texas, at the United States Bankruptcy Court, Room 128, U. S. Courthouse, 501 W. 10th Street, Fort Worth, Texas (the "Confirmation Hearing"). The last date and time for filing and serving objections to confirmation of the Plan is May 17, 2011, at 5:00 p.m. (prevailing Central Time) (the "Confirmation Objection Deadline").

5. In order to be considered, objections, if any, to confirmation of the Plan must (a) be in writing; (b) comply with the Federal Rules of Bankruptcy Procedure and the Local

Bankruptcy Rules; (c) state the grounds for the objection and the legal and factual bases therefor; (d) reference with specificity the text of the Plan to which the objection is made; and (e) be filed with the Court, together with proof of service, and served so as to be <u>RECEIVED</u> no later than the Confirmation Objection Deadline by the following parties:

>McGuire, Craddock & Strother, P.C.
>2501 N. Harwood
>Suite 1800
>Dallas, Texas 75201
>Attn:   J. Mark Chevallier, Esq.
>
>United States Trustee
>1100 Commerce Street, Room 976
>Dallas, Texas 75242
>Attn:   Meredyth A. Kippes, Esq.

Objections not timely filed and served in the manner set forth above shall not be considered and shall be deemed overruled.

6. <u>Notice and Transmittal of Solicitation Packages</u>.  By not later than May 4, 2011, the Debtor shall transmit to all creditors, parties in interest, equity security holders, parties who have filed a notice of appearance and the United States Trustee, by mail, a solicitation package containing:

>(a)   the Disclosure Statement;
>
>(b)   the Plan;
>
>(c)   a copy of this Order;
>
>(d)   a Ballot; and
>
>(e)   a self-addressed stamped envelope for the return of the Ballot.

7. <u>Votes Counted</u>.  Any Ballot timely received, properly executed, and containing sufficient information to permit the identification of the claimant, shall be counted and shall be deemed to be cast as an acceptance or rejection of the Plan.

<u>Order Approving Debtor's Disclosure Statement</u>                                       Pages 3 of 4
383358-1
912507v2

8. <u>Copies and Review of Documents</u>. Copies of the Plan and the Disclosure Statement are available for review at: (a) the offices of the undersigned Debtor's Counsel, and (b) the Office of the Clerk, United States Bankruptcy Court for the Northern District of Texas, U. S. Courthouse, 501 W. 10th Street, Fort Worth, Texas 76102. Copies of the Plan, the Disclosure Statement, and pleadings and orders in the Debtor's case may also be obtained, at no charge to the requesting party, by contacting the undersigned Debtor's Counsel and requesting such copies in writing.

### END OF ORDER ###

**PREPARED BY:**
J. Mark Chevallier
David L. Woods
McGuire, Craddock & Strother, P.C.
2501 N. Harwood
Suite 1800
Dallas, Texas 75201
Telephone: (214) 954-6800
Facsimile: (214) 954-6868
Email: mchevallier@mcslaw.com
Email: dwoods@mcslaw.com
**ATTORNEYS FOR DEBTOR and DEBTOR-IN-POSSESSION**